UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 19 2020
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No.  3:20-CR- 7 |
| JEFFREY JOHNSON | |
| Defendant. | Violation:  18 U.S.C. § 2252A(a)(5)(B) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Possession of Child Pornography)

On or about May 2, 2019, in Berkeley County, within the Northern District of West Virginia, defendant **JEFFREY ALLEN JOHNSON**, did knowingly possess an image of child pornography, as defined in Title 18, United States Code Section 2256(8), which had been transported in interstate and foreign commerce by computer, and that involved a pre-pubescent minor who had not attained 12 years of age; in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and Title 18, United States Code, Section 2252A(b)(2).

WILLIAM J. POWELL
United States Attorney

Kimberley D. Crockett
Assistant United States Attorney